The Law Offices of Avrum J. Rosen, PLLC
Attorneys for Debra Kramer, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Avrum J. Rosen

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                            Chapter 7

    PAWEL CAPALA,                         Case No. 15-42763-nhl

                    Debtor.
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF ALL PAPERS

**PLEASE TAKE NOTICE** that Debra Kramer, Chapter 7 trustee ("Trustee") for the estate of Robert Capala, debtor in the Eastern District of New York under Case No. 15-42762-nhl, an interested party in this proceeding, appears in this case, by and through her counsel, The Law Offices of Avrum J. Rosen, PLLC, and demands, pursuant to Section 1109(b) of Title 11, United States Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notice given or required to be served in this case be given to and served upon the following:

        The Law Offices of Avrum J. Rosen, PLLC
                    38 New Street
              Huntington, New York 11743

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes a demand not only for the notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted

or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: Huntington, New York
September 29, 2015

                          The Law Offices of Avrum J. Rosen, PLLC
                          *Attorneys for Trustee*

BY:    /s/ Avrum J. Rosen
        Avrum J. Rosen
        38 New Street
        Huntington, New York 11743
        631 423 8527
        ajrlaw@aol.com