UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| PAWEL CAPALA, | : CASE NO. 15-42763 (NHL) |
| | : |
| Debtor. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF ACTION

PLEASE TAKE NOTICE that an action was commenced on June 8, 2017, in the United States District Court for the Eastern District of New York by John S. Pereira, Chapter 7 Trustee for the bankruptcy estate of Pawel Capala against Pawel Capala, Jennifer Capala and Fire Hill Holdings, LLC, Case No. 17-cv-03434 (RRM)(RER).

Dated: New York, New York
June 13, 2017

                              **AKERMAN LLP**

                              By:   */s/John P. Campo*
                                  John P. Campo
                                  Scott M. Kessler
                                  666 Fifth Avenue, 20th Floor
                                  New York, New York 10103
                                  Tel. No. (212) 880-3800
                                  john.campo@akerman.com
                                  scott.kessler@akerman.com

                              *Counsel for the Chapter 7 Trustee*

42001848;1