UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                                           : Chapter 7
                                                                                    :
PAWEL CAPALA,                                                       : Case No. 1-15-42763-nhl
                                                                                    :
                    Debtor.                                       :
---------------------------------------------------------- x

# ORDER DENYING JENNIFER CAPALA'S
# MOTION TO DISMISS BANKRUPTCY CASE

Upon the motion (the "Motion") of Jennifer Capala ("Ms. Capala") for the dismissal of the bankruptcy case of Pawel Capala (the "Debtor") **[Doc. No. 60]**; and the Court having reviewed the Motion, the Trustee's Response and Objection to the Motion **[Doc. No. 63]** (the "Objection"); the Response to the Objection by Ms. Capala **[Doc. No. 65]** (the "Reply"); the Debtor's Statement of Non-Objection/Support to the Motion **[Doc. No. 66]** (the "Debtor's Statement"); and no other pleadings having been filed in connection with the Motion; and a hearing on the Motion having been held on April 17, 2018 (the "Hearing"), at which Michael D. Assaf, Esq. appeared on behalf of Ms. Capala, Gabriel Del Virginia, Esq. appeared on behalf of the Debtor, and John P. Campo appeared on behalf of the Trustee; and the Court having heard arguments of counsel in support of and in opposition to the relief requested in the Motion at the Hearing; and proper and adequate notice of the Motion and the Hearing having been given, and no further notice being necessary; and based on the record of the Hearing and for the reasons set forth by the Court on the record at the Hearing, it is hereby

*[The Order continues on the following page.]*

**ORDERED,** that the Motion is DENIED.



Dated: April 29, 2018  
Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**

2

28934614v1

44973369;1