# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: CAPALA, PAWEL § Case No. 1-15-42763-NHL
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 12, 2015. The undersigned trustee was appointed on September 22, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $       1,684,024.12

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 1,684,024.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 08/11/2016 and the deadline for filing governmental claims was 12/09/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $73,770.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $73,770.72, for a total compensation of $73,770.72.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $44.60, for total expenses of $44.60.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/28/2023      By: /s/JOHN S. PEREIRA
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-42763-NHL  
**Case Name:** CAPALA, PAWEL  

**Trustee:** (521210)  JOHN S. PEREIRA  
**Filed (f) or Converted (c):** 06/12/15 (f)  
**§341(a) Meeting Date:** 10/21/15  

**Period Ending:** 07/28/23  
**Claims Bar Date:** 08/11/16  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Real Property     Orig. Asset Memo: 152 Firehill Road, Spencertown, NY 12165; Imported from original petition Doc# 13 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2   Checking and savings maintained at Bank of Green     Imported from original petition Doc# 13 | 2,653.00 | 1,553.00 | | 0.00 | FA |
| 3   Furniture, and other living necessities     Imported from original petition Doc# 13 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4   Clothing     Imported from original petition Doc# 13 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5   Watch     Imported from original petition Doc# 13 | 250.00 | 0.00 | | 0.00 | FA |
| 6   IRA     Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 7   Business Interest - Capala Brothers, Inc.     Orig. Asset Memo: non-operating, New York corporation; Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 8   Business Interest-Crystal Clear Development LLC     Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 9   Automobile - 2010 BMW 325 x1     Orig. Asset Memo: 150,000 miles; Imported from original petition Doc# 13 | 9,279.00 | 4,854.00 | | 0.00 | FA |
| 10   District Court Action #17-cv-03434     Orig. Asset Memo: related to 07-cv-3629; (See Footnote) | Unknown | Unknown | | 1,165,000.00 | FA |
| 11   rent receipts  (u) | Unknown | N/A | | 519,024.12 | FA |
| **11   Assets    Totals** (Excluding unknown values) | **$140,182.00** | **$6,407.00** | | **$1,684,024.12** | **$0.00** |

RE PROP# 10     Amounts to be recovered from turnover actions to be determined.  Value given is for reporting purposes only.

---

**Major Activities Affecting Case Closing:**

9/25/15  Telecall from Attorney Wisniewski's office re: District Court status conference for matters related to this debtor and related debtor; review case file.

9/30/15   Review case schedules, etc. and complaint, letters, etc. relating to DC action; conf with J Campo re: actions to be taken

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-42763-NHL  **Trustee:** (521210) JOHN S. PEREIRA
**Case Name:** CAPALA, PAWEL  **Filed (f) or Converted (c):** 06/12/15 (f)
 **§341(a) Meeting Date:** 10/21/15
**Period Ending:** 07/28/23  **Claims Bar Date:** 08/11/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/14/15  Continue review of DC case and decisions re: Capala Bros. litigation

10/16/15   Meet with Campo and AMS to discuss strategy for fraudulent transfers; Conf with A Rosen, atty for D Kramer, trustee in related case.

11/2/15    Enter into Joint Prosecution Agreement

12/7/15    Troutman retained.

2/3/16     Continue finalizing JPA

5/16/16    Get claims bar date.

6/10/16    Stipulation extending time to October 17, 2016

6/10/16 Last day to file claims 8/11/16

6/17/16 Last Day to Oppose Debtor's Discharge per stip

8/25/16  Receive e notice from District Court re: adjourned hearing; update calendar.

10/7/16  Follow status conference.

11/14/16   Akerman retained as substitute counsel for trustee.

1/13/17    Review file and analysis of condition of property.

2/14/17    Conf with Campo re: mediation and status of case.

5/30/17    Review mediation rules and directions.

6/13/17     A/P filed in District Court; follow

9/14/17    Review file; review claims docket and docs re: firehouse property.

1/10/18    Review file; update; mediation continues

2/20/18 -  DC  - Court entered Consent Order directing defendants to turn over all proceeds from poperty (including rents) to be held in escrow

3/13/18    Mediation continued yesterday; no resolution.

5/10/18   Noticing depositions; DCt motion to amend complaint sub judice; B Ct motion to dismiss denied.

7/10/18    DC taking depositions; A/P pre-trial conference 10/10/18.

11/6/18    Pre-trial conference held; next hearing 1/30/19.

3/20/19    In A/P in DCt, SJ fully briefed and matter referred to Magisrate Gold.

6/12/19    Claim #12 withdrawn; motion to quash filed.

7/24/19     Affirmation in opposition filed.  Hearing 7/31/19.

9/18/19  Awaiting decision from Magistrate Gold.

9/25/19  Discharge A/P -Pre-trail to be held

12/3/19 - Chase lift stay on Debtor's residence which is subject of fraudulent transfer action in District Court


Re USDC Case No. 17-cv-03434-ILG-CLP - Pereira v Pawel Capola District Court Action,

8/6/2020 - Magistate Judge Steven M. Gold entered a Report and Recommendation recommending that the parties motion for summary jdgment be denied.

9/4/2020 Defendents filed their obj to the Report and reommendation and Trustee filed his reponse.

5/17/22 - Trustee submitted letter to Judge Glasser requesting advise as to what was needed to resolve pending motions

8/2022 - Trustee has requested the Court to reschedule conference. Awaiting response.


Re A/P No. 18-01073 - Pereira vs Pawel Capola

7/29/20  - Court Scheduled the above matter for trial on this date but was later adjourned sine die.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-42763-NHL             **Trustee:**           (521210)    JOHN S. PEREIRA
**Case Name:**    CAPALA, PAWEL              **Filed (f) or Converted (c):** 06/12/15 (f)
                                              **§341(a) Meeting Date:**       10/21/15
**Period Ending:** 07/28/23                   **Claims Bar Date:**            08/11/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

8/8/2022 - Court entered order setting deadline to file Joint Pre-trial Memorandum by Oct 5, 2022

6/27/23 - Settlement of $1.6 million to be approved before Court on 8/6/23 with final report to be filed within 30 days after receipt of funds after settlement.  Anticipated 100% distribution to creditors.

Counsel retained to assist trustee in investigating the debtor with regard to various holdings and transferred assets.  Participating in a joint litigation agreement with attorney for creditor who brought actions in district court prior to bankruptcy.   Since January, 2018, parties have been involved in mediation.  Parties, including Mediator agree that impediment to settlement is Jennifer Capala and her new attorney. On February 20, 2018, the Court entered a Consent Order in the District Court Action [USDC No. 25], directing the Defendants to turn over all proceeds from the Property (including all rents) to be held in escrow.  As of today, the Defendants have turned over any rents received.   As of March, 2018, discovry in Districct Court is proceeding. As of October 1, 2018, all depositions have been taken in District Court, except for the experts.  Our rebuttal expert prepared a report that rebuts the expert report submitted by Defendants.  With regard to the discharge A/P, the Debtor filed his answer to the complain and a pre-trial conference has been scheduled.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2017        **Current Projected Date Of Final Report (TFR):**     August 30, 2023

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1-15-42763-NHL  
**Case Name:** CAPALA, PAWEL  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 07/28/23  

**Trustee:** JOHN S. PEREIRA (521210)  
**Bank Name:** Mechanics Bank  
**Account:** ******5766 - Disputed Funds Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/22/18 | {11} | Fire Hill Holdings LLC / Greene Cty Svgs Bk | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 28,678.98 | | 28,678.98 |
| 06/06/18 | {11} | Fire Hill Holdings LLC / Greene Cty Svgs Bk | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 9,533.99 | | 38,212.97 |
| 07/24/18 | {11} | Fire Hill Holdings LLC / Greene Cty Svgs Bk | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,120.00 | | 46,332.97 |
| 08/08/18 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 12,972.00 | | 59,304.97 |
| 10/01/18 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 2,131.06 | | 61,436.03 |
| 10/17/18 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,051.00 | | 69,487.03 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 69,482.03 |
| 11/01/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.00 | 69,487.03 |
| 11/09/18 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,049.00 | | 77,536.03 |
| 12/11/18 | {11} | Fire Hill Holdings, LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,049.00 | | 85,585.03 |
| 01/22/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,177.06 | | 92,762.09 |
| 02/14/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,049.00 | | 100,811.09 |
| 03/25/19 | {11} | Fire Hill Holding | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 5,219.49 | | 106,030.58 |
| 04/16/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,551.00 | | 114,581.58 |
| 05/14/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,549.00 | | 123,130.58 |
| 07/01/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,549.00 | | 131,679.58 |
| 07/22/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,549.00 | | 140,228.58 |
| 08/26/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,549.00 | | 148,777.58 |
| 09/24/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,526.56 | | 156,304.14 |
| 10/28/19 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 164,811.14 |

Subtotals :    $164,811.14    $0.00

{} Asset reference(s)    Printed: 07/28/2023 04:10 PM    V.20.50

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42763-NHL  
**Case Name:** CAPALA, PAWEL  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 07/28/23  

**Trustee:** JOHN S. PEREIRA (521210)  
**Bank Name:** Mechanics Bank  
**Account:** ******5766 - Disputed Funds Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/25/19 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 173,318.14 |
| 12/24/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 181,825.14 |
| 01/24/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,774.52 | | 189,599.66 |
| 02/26/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 198,106.66 |
| 03/27/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,482.00 | | 206,588.66 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.12 | 206,428.54 |
| 04/10/20 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -160.12 | 206,588.66 |
| 04/29/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,503.13 | | 214,091.79 |
| 05/29/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 222,598.79 |
| 06/30/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 13,007.00 | | 235,605.79 |
| 07/29/20 | {11} | Fire Hill Holdings, LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,757.00 | | 246,362.79 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.62 | 246,340.17 |
| 08/27/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,796.85 | | 254,137.02 |
| 08/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.51 | 254,099.51 |
| 09/01/20 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -37.51 | 254,137.02 |
| 09/29/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,506.62 | | 261,643.64 |
| 10/28/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 270,150.64 |
| 10/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 270,145.64 |
| 11/03/20 | | Rabobank, N.A. | Bank and Technology Service Fee Adjustment | 2600-000 | | -5.00 | 270,150.64 |
| 11/17/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,537.00 | | 278,687.64 |
| 12/30/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,559.00 | | 287,246.64 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 287,241.64 |

Subtotals : $122,458.12    $27.62

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 1-15-42763-NHL  
**Case Name:** CAPALA, PAWEL  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 07/28/23  

**Trustee:** JOHN S. PEREIRA (521210)  
**Bank Name:** Mechanics Bank  
**Account:** ******5766 - Disputed Funds Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/21 | | Mechanics Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.00 | 287,246.64 |
| 01/27/21 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,752.74 | | 294,999.38 |
| 02/16/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 294,999.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **295,022.00** | **295,022.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 294,999.38 | |
| | | | **Subtotal** | | **295,022.00** | **22.62** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$295,022.00** | **$22.62** | |

{} Asset reference(s)        Printed: 07/28/2023 04:10 PM    V.20.50

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42763-NHL  
**Case Name:** CAPALA, PAWEL  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 07/28/23

**Trustee:** JOHN S. PEREIRA (521210)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******4412 - Disputed Funds Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 294,999.38 | | 294,999.38 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 157.60 | 294,841.78 |
| 03/02/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -157.60 | 294,999.38 |
| 03/10/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,497.00 | | 303,496.38 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 9.53 | 303,486.85 |
| 04/05/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -9.53 | 303,496.38 |
| 04/09/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 5,268.13 | | 308,764.51 |
| 04/21/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,494.00 | | 317,258.51 |
| 05/28/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,522.00 | | 325,780.51 |
| 07/07/21 | {11} | Fire Hill Holding LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 3,572.00 | | 329,352.51 |
| 08/10/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,313.21 | | 337,665.72 |
| 09/08/21 | {11} | fire hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 6,263.30 | | 343,929.02 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 530.50 | 343,398.52 |
| 10/20/21 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,303.67 | | 351,702.19 |
| 10/28/21 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 13,530.00 | | 365,232.19 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 536.74 | 364,695.45 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 623.47 | 364,071.98 |
| 12/09/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,759.00 | | 374,830.98 |
| 12/27/21 | {11} | Fire hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,818.00 | | 383,648.98 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 617.49 | 383,031.49 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 593.43 | 382,438.06 |
| 02/01/22 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,870.52 | | 393,308.58 |
| 02/25/22 | {11} | fire Hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 16,440.00 | | 409,748.58 |

Subtotals : $412,650.21  $2,901.63

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 1-15-42763-NHL  
**Case Name:** CAPALA, PAWEL  
**Taxpayer ID #:** **-***6632  
**Period Ending:** 07/28/23  

**Trustee:** JOHN S. PEREIRA (521210)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******4412 - Disputed Funds Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 587.54 | 409,161.04 |
| 03/30/22 | {11} | fire hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,897.15 | | 417,058.19 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 721.83 | 416,336.36 |
| 04/13/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -4,211.00 | 420,547.36 |
| 04/18/22 | {11} | Wire from Fire Hill Holdins | Turnover of rent receipts to be held in escrow per Court Order dtd 2/20/18 docket #25 | 1222-000 | 11,494.00 | | 432,041.36 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.75 | 432,034.61 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.79 | 432,016.82 |
| 06/02/22 | {11} | fire hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,520.05 | | 442,536.87 |
| 06/27/22 | {11} | fire hill holdinhgs | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 11,509.00 | | 454,045.87 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 37.80 | 454,008.07 |
| 07/28/22 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 11,109.00 | | 465,117.07 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 52.43 | 465,064.64 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 78.48 | 464,986.16 |
| 09/01/22 | {11} | Fire Hill Holdins | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,595.98 | | 475,582.14 |
| 09/06/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -193.25 | 475,775.39 |
| 09/30/22 | {11} | fire hill holdings llc | net monthly rent | 1222-000 | 10,142.11 | | 485,917.50 |
| 10/28/22 | {11} | Fire Hill Holdings LLC | net monthly rent | 1222-000 | 11,004.00 | | 496,921.50 |
| 11/21/22 | {11} | Fire Hill Holdings LLC | Net Monthly rent | 1222-000 | 11,028.00 | | 507,949.50 |
| 01/03/23 | {11} | Fire Hill holdings llc | net monthly rent | 1222-000 | 11,052.00 | | 519,001.50 |
| 06/29/23 | {10} | Legacy Trust and Investment Services | Distribution per Settlement Agreement | 1149-000 | 1,165,000.00 | | 1,684,001.50 |
| 07/27/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -22.62 | 1,684,024.12 |

|  | | | ACCOUNT TOTALS | 1,684,001.50 | -22.62 | $1,684,024.12 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | 294,999.38 | 0.00 | |
| | | | **Subtotal** | 1,389,002.12 | -22.62 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$1,389,002.12** | **$-22.62** | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 1-15-42763-NHL  
**Case Name:** CAPALA, PAWEL  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 07/28/23  

**Trustee:** JOHN S. PEREIRA (521210)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******4412 - Disputed Funds Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 1,684,024.12  
Net Estate : $1,684,024.12

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5766** | 295,022.00 | 22.62 | 0.00 |
| **Checking # ******4412** | 1,389,002.12 | -22.62 | 1,684,024.12 |
| | $1,684,024.12 | $0.00 | $1,684,024.12 |

{} Asset reference(s)    Printed: 07/28/2023 04:10 PM    V.20.50

# EXHIBIT C

## Case: 1-15-42763-NHL   CAPALA, PAWEL

Claims Bar Date:   08/11/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | JOHN S. PEREIRA<br>35-35 221st STREET<br>BAYSIDE, NY 11361<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>06/12/15 | | $73,770.72<br>$73,770.72 | $0.00 | $73,770.72 |
| | JOHN S. PEREIRA<br>35-35 221st STREET<br>BAYSIDE, NY 11361<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>06/12/15 | | $44.60<br>$44.60 | $0.00 | $44.60 |
| | CLERK OF THE COURT<br>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br><2700-00   Clerk of the Court Costs>, 200 | Admin Ch. 7<br>06/12/15 | Adversary Proceeding cost | $350.00<br>$350.00 | $0.00 | $350.00 |
| | Akerman LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10022<br><3210-00   Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>06/12/15 | Order filed 11/14/16 Docket 48 | $1,210,050.00<br>$958,941.90 | $0.00 | $958,941.90 |
| | Akerman LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10022<br><3220-00   Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>06/12/15 | Order filed 11/14/16 Docket 48 | $17,514.75<br>$17,514.75 | $0.00 | $17,514.75 |
| | David Gresen<br>KLG Business Valuators & Forensic Acct.<br>175 Pinelawn Road, Suite 302<br>Melville, NY 11747<br><3991-00   Other Professional's Fees>, 200 | Admin Ch. 7<br>06/12/15 | Trustee Expert | $11,084.58<br>$11,084.58 | $0.00 | $11,084.58 |
| 1 | Zimmet Bieber, LLP<br>437 Madison Avenue<br>40th Floor<br>New York, NY 10022<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/06/15 | Amount reduced per stipulation filed with court 6/30/23<br>------------------------------------------------------------------------------* * * | $14,912.10<br>$4,970.70 | $0.00 | $4,970.70 |
| 2 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>06/03/16 | History: Details2-106/03/2016Claim #2 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $231.76 (Gaines, Susan )<br>------------------------------------------------------------------------------* * * | $231.76<br>$231.76 | $0.00 | $231.76 |

# EXHIBIT C

## Case: 1-15-42763-NHL    CAPALA, PAWEL

Claims Bar Date: 08/11/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3 | Philip Orner, C.P.A. & Attorney at Law<br>72-29 137th Street<br><br>Flushing, NY 11367 | Unsecured<br>08/12/16 | Reducing claim 3 per Order filed 6/30/23 docket 89 to 20,140.57<br>-----------------------------------------------------------------------------* * * | $83,713.00<br>$20,140.57 | $0.00 | $20,140.57 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | Robert Wisniewski P.C. | Unsecured<br>08/12/16 | Amended by claim 14<br>-----------------------------------------------------------------------------* * * | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 5 | Robert Wisniewski Esq<br>225 Brodaway Suite 1020<br><br>New York, NY 10007 | Unsecured<br>08/12/16 | Amended by Claim 14<br>-----------------------------------------------------------------------------* * * | $105,000.00<br>$0.00 | $0.00 | $0.00 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 6 | Artur Lapinski<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | amended by 6-2<br>-----------------------------------------------------------------------------* * * | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 6 -2 | Artur Lapinski<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claims amended per settlement agreement  filed 6/14/23 Doc $85 - Order filed 7/7/23<br>-----------------------------------------------------------------------------* * * | $18,704.16<br>$8,253.12 | $0.00 | $8,253.12 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 7 | Artur Kosiorek<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claim amended<br>-----------------------------------------------------------------------------* * * | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 7 -2 | Artur Kosiorek<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claims amended per settlement agreement  filed 6/14/23 Doc $85 - Order filed 7/7/23 | $1,029.06<br>$452.44 | $0.00 | $452.44 |

# EXHIBIT C

## Case:  1-15-42763-NHL    CAPALA, PAWEL

Claims Bar Date:   08/11/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|

<7200-00   Tardy General Unsecured § 726(a)(3)>,  620

| 8 | Miroslaw Filipkowski<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claim amended | $0.00<br>$0.00 | $0.00 | $0.00 |

<7200-00   Tardy General Unsecured § 726(a)(3)>,  620

| 8 -2 | Miroslaw Filipkowski<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claims amended per settlement agreement  filed 6/14/23 Doc 85 - Order filed 7/7/23 | $91,547.89<br>$40,405.08 | $0.00 | $40,405.08 |

<7200-00   Tardy General Unsecured § 726(a)(3)>,  620

| 9 | Miroslaw Gortat<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claim amended | $0.00<br>$0.00 | $0.00 | $0.00 |

<7200-00   Tardy General Unsecured § 726(a)(3)>,  620

| 9 -2 | Miroslaw Gortat<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claims amended per settlement agreement  filed 6/14/23 Doc $85 - Order filed 7/7/23 | $47,339.65<br>$20,892.70 | $0.00 | $20,892.70 |

<7200-00   Tardy General Unsecured § 726(a)(3)>,  620

| 10 | Henryk Bienkowski<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claim amended | $0.00<br>$0.00 | $0.00 | $0.00 |

<7200-00   Tardy General Unsecured § 726(a)(3)>,  620

| 10 -2 | Henryk Bienkowski<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007 | Unsecured<br>08/13/16 | Claims amended per settlement agreement  filed 6/14/23 Doc $85 - Order filed 7/7/23 | $95,747.59<br>$42,258.24 | $0.00 | $42,258.24 |

<7200-00   Tardy General Unsecured § 726(a)(3)>,  620

# EXHIBIT C

### Case: 1-15-42763-NHL    CAPALA, PAWEL

Claims Bar Date:  08/11/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | Jan Swaltek<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>08/13/16 | claim amended by 11-2<br>-----------------------------------------------------------------------------* * * | $0.00<br>$0.00 | $0.00 | $0.00 |
| 11 -2 | Jan Swaltek<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>08/13/16 | -----------------------------------------------------------------------* * * | $37,533.26<br>$16,563.71 | $0.00 | $16,563.71 |
| 12 | Henryk Stoklosa<br>c/o Robert Wisniewski, Es<br>225 Broadway-,Suite 1020<br>New York, NY 10007<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>08/13/16 | WITHDRAWN CLAIM OF $1,050,000.00 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 13 | Class Common fund<br>c/o Robert Wisniewski PC<br>40 Wall St., Suite 2833<br>New York, NY 10005<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>06/07/19 | Claim amount allowed per Settlement Agreement filed 6/30/23 Doc 90 | $49,173.01<br>$21,703.25 | $0.00 | $21,703.25 |
| 14 | Robert Wisniewski PC<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/17/19 | Claims amended per settlement agreement  filed 6/14/23 Doc $85 - Order filed 7/7/23 | $730,007.00<br>$446,446.00 | $0.00 | $446,446.00 |
|  | **Case Total:** |  |  |  | **$0.00** | **$1,684,024.12** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1-15-42763-NHL
Case Name: CAPALA, PAWEL
Trustee Name: JOHN S. PEREIRA

**Balance on hand:** $ 1,684,024.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,684,024.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN S. PEREIRA | 73,770.72 | 0.00 | 73,770.72 |
| Trustee, Expenses - JOHN S. PEREIRA | 44.60 | 0.00 | 44.60 |
| Attorney for Trustee, Fees - Akerman LLP | 958,941.90 | 0.00 | 958,941.90 |
| Attorney for Trustee, Expenses - Akerman LLP | 17,514.75 | 0.00 | 17,514.75 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other Fees: David Gresen | 11,084.58 | 0.00 | 11,084.58 |

Total to be paid for chapter 7 administration expenses: $ 1,061,706.55
Remaining balance: $ 622,317.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 622,317.57

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | **$** | 0.00 |
| Remaining balance: | **$** | 622,317.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 471,789.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Zimmet Bieber, LLP | 4,970.70 | 0.00 | 4,970.70 |
| 2 | PYOD, LLC its successors and assigns as assignee | 231.76 | 0.00 | 231.76 |
| 3 | Philip Orner, C.P.A. & Attorney at Law | 20,140.57 | 0.00 | 20,140.57 |
| 14 | Robert Wisniewski PC | 446,446.00 | 0.00 | 446,446.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | **$** | 471,789.03 |
| Remaining balance: | **$** | 150,528.54 |

Tardily filed claims of general (unsecured) creditors totaling $ 150,528.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | Robert Wisniewski P.C. | 0.00 | 0.00 | 0.00 |
| 5 | Robert Wisniewski Esq | 0.00 | 0.00 | 0.00 |
| 6 | Artur Lapinski | 0.00 | 0.00 | 0.00 |
| 6 -2 | Artur Lapinski | 8,253.12 | 0.00 | 8,253.12 |
| 7 | Artur Kosiorek | 0.00 | 0.00 | 0.00 |
| 7 -2 | Artur Kosiorek | 452.44 | 0.00 | 452.44 |
| 8 | Miroslaw Filipkowski | 0.00 | 0.00 | 0.00 |
| 8 -2 | Miroslaw Filipkowski | 40,405.08 | 0.00 | 40,405.08 |
| 9 | Miroslaw Gortat | 0.00 | 0.00 | 0.00 |
| 9 -2 | Miroslaw Gortat | 20,892.70 | 0.00 | 20,892.70 |
| 10 | Henryk Bienkowski | 0.00 | 0.00 | 0.00 |
| 10 -2 | Henryk Bienkowski | 42,258.24 | 0.00 | 42,258.24 |
| 11 | Jan Swaltek | 0.00 | 0.00 | 0.00 |
| 11 -2 | Jan Swaltek | 16,563.71 | 0.00 | 16,563.71 |
| 12 | Henryk Stoklosa | 0.00 | 0.00 | 0.00 |
| 13 | Class Common fund | 21,703.25 | 0.00 | 21,703.25 |

Total to be paid for tardy general unsecured claims: **$** 150,528.54
Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**