# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 8/17/2023
Case: 1−15−42763−nhl     Form ID: pdfall     Total: 53

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     JPMorgan Chase Bank, National Association
8607924     Robert Capala
8855226     Robert Wisniewski P.C.
8855227     Robert Wisniewski P.C.

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
tr     John S. Pereira     jpereira@pereiralaw.com
aty     Bruce W. Bieber     bbieber@zblaw.com
aty     Gabriel Del Virginia     gabriel.delvirginia@verizon.net
aty     John P. Campo     john.campo@akerman.com
aty     John S. Pereira     jpereira@pereiralaw.com
aty     Melissa N. Licker     mlicker@hillwallack.com
aty     Michael D Assaf     massaf@assafandsiegal.com
aty     Phillip Andrew Raymond     Phillip.Raymond@McCalla.com
aty     Robert Wisniewski     rw@rwapc.com
aty     Robert W Dremluk     rdremluk@culhanemeadows.com
aty     Sarah M Keenan     sally@skpllc.com
aty     Scott M. Kessler     scott.kessler@akerman.com

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Pawel Capala     152 Firehill Road     Spencertown, NY 12165
cr     Bruce W. Bieber     16 Pheasant Run     Scarsdale, NY 10583
cr     Robert Wisniewski     Robert Wisniewksi P.C.     225 Broadway     Suite 1020     New York, NY 10007
cr     Synchrony Bank c/o Recovery Management Systems Corporation     25 SE 2nd Avenue, Suite 1120     Miami, FL 33131−1605
intp     Jennifer Capala     152 Fire Hill Rd.     Spencertown, NY 12165
cr     Robert W Dremluk     Culhane Meadows PLLC     100 Park Avenue     16th Floor     New York, NY 10017
op     Akerman LLP     1251 Avenue of the Americas     37th Floor     New York, NY 10020
8607916     Artur Kosiorek     c/o Robert Wisniewski, Es     225 Broadway−     Suite 1020     New York, NY 10007
10213004     Artur Kosiorek c/o Robert Wisniewski P.C.     17 State Street     Suite 820     New York, NY 10004
8607917     Artur Lapinski     c/o Robert Wisniewski, Es     225 Broadway−     Suite 1020     New York, NY 10007
9572221     Class Common Fund     c/o Robert Wiesniewski P.C.     40 Wall St., Suite 2833     New York, NY 10005
10212998     Class Common Fund     c/o Robert Wisniewski P.C.     17 State Street     Suite 820     New York, NY 10004
9572218     Class Common Fund     c/o Robert Wisniewski P.C.     40 Wall St., Suite 2833     New York, NY 10005
8607918     Felipe E. Orner, Esq.     72−29 137th Street     Flushing, NY 11367
10212999     Henry Bienkowski     c/o Robert Wisniewski P.C.     17 State St.     Suite 820     New York, NY 10004
10213001     Henryk Bienkowski     c/o Robert Wisniewski P.C.     17 State St.     Suite 820     New York, NY 10004
8607919     Henryk Bienkowski     c/o Robert Wisniewski, Es     225 Broadway−     Suite 1020     New York, NY 10007
8607920     Henryk Stoklosa     c/o Robert Wisniewski, Es     225 Broadway−     Suite 1020     New York, NY 10007
10007502     JPMorgan Chase Bank, National Association     c/o McCalla Raymer Leibert Pierce, LLC     Bankruptcy Department     420 Lexington Avenue, Suite 840     New York, NY 10170
8607921     Jan Swaltek     c/o Robert Wisniewski, Es     225 Broadway−     Suite 1020     New York, NY 10007
10213002     Jan Swaltek c/o Robert Wisniewski P.C.     17 State Street     Suite 820     New York, NY 10004
9202074     Jennifer Capala     Michael D. Assaf, Esq.     Assaf & Siegal PLLC     16 Corporate Woods Blvd.     Albany, NY 12211
8607922     Miroslaw Filipkowski     c/o Robert Wisniewski, Es     225 Broadway−     Suite 1020     New York, NY 10007
10213003     Miroslaw Filipkowski c/o Robert Wisniewski P.C.     17 State Street     Suite 820     New York, NY 10004
8607923     Miroslaw Gortat     c/o Robert Wisniewski, Es     225 Broadway−     Suite 1020     New York, NY 10007
8658230     Miroslaw Gortat et. al.     c/o Robert Wisniewski, Esq.     225 Broadway, Suite 1020     New York, NY 10007     Tel: 212−267−2101

| | | | | |
|---|---|---|---|---|
| 8812832 | PYOD, LLC its successors and assigns as assignee | of Citibank, N.A. | Resurgent Capital Services | PO Box 19008    Greenville, SC 29602 |
| 8855038 | Philip Orner, C.P.A. & Attorney at Law | 72–29 137th Street | Flushing, NY 11367 | |
| 10213636 | Robert Wisniewski | Robert Wisniewski P.C. | 17 State Street, Suite 820 | New York, NY 10004 |
| 8855228 | Robert Wisniewski Esq | 225 Brodaway Suite 1020 | New York NY 10007 | |
| 8623645 | Robert Wisniewski P.C. | Robert Wisniewski | 225 Broadway, Suite 1020 | New York, NY 10007    Tel:212–267–2101    Email:office@rwapc.com |
| 8607925 | Robert Wisniewski, Esq. | c/o Robert Wisniewski, Es | 225 Broadway– | Suite 1020    New York, NY 10007 |
| 8693608 | Synchrony Bank | c/o Recovery Management Systems Corp. | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 |
| 8669661 | The Law Offices of Avrum J. Rosen, PLLC | 38 New Street | Huntington, New York 11743 | |
| 8613269 | ZIMMET BIEBER LLP | Bruce W. Bieber, Esq. | 437 Madison Avenue, 40th Floor | New York, New York 10022 |
| 8607926 | Zimmet Bieber, LLP | 437 Madison Avenue | 40th Floor | New York, NY 10022 |

TOTAL: 36