# Notice Recipients

District/Off: 0207−1        User: admin        Date Created: 8/17/2023
Case: 1−15−42763−nhl        Form ID: 224a        Total: 41

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| 8607924 | Robert Capala | |
| 8855226 | Robert Wisniewski P.C. | |
| 8855227 | Robert Wisniewski P.C. | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr  | John S. Pereira | jpereira@pereiralaw.com |
| aty | Gabriel Del Virginia | gabriel.delvirginia@verizon.net |
| aty | John P. Campo | john.campo@akerman.com |
| aty | John S. Pereira | jpereira@pereiralaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Pawel Capala | 152 Firehill Road    Spencertown, NY 12165 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408 |
| 8607916 | Artur Kosiorek | c/o Robert Wisniewski, Es    225 Broadway−    Suite 1020    New York, NY 10007 |
| 10213004 | Artur Kosiorek c/o Robert Wisniewski P.C. | 17 State Street    Suite 820    New York, NY 10004 |
| 8607917 | Artur Lapinski | c/o Robert Wisniewski, Es    225 Broadway−    Suite 1020    New York, NY 10007 |
| 9572221 | Class Common Fund | c/o Robert Wiesniewski P.C.    40 Wall St., Suite 2833    New York, NY 10005 |
| 10212998 | Class Common Fund | c/o Robert Wisniewski P.C.    17 State Street    Suite 820    New York, NY 10004 |
| 9572218 | Class Common Fund | c/o Robert Wisniewski P.C.    40 Wall St., Suite 2833    New York, NY 10005 |
| 8607918 | Felipe E. Orner, Esq. | 72−29 137th Street    Flushing, NY 11367 |
| 10212999 | Henry Bienkowski | c/o Robert Wisniewski P.C.    17 State St.    Suite 820    New York, NY 10004 |
| 10213001 | Henryk Bienkowski | c/o Robert Wisniewski P.C.    17 State St.    Suite 820    New York, NY 10004 |
| 8607919 | Henryk Bienkowski | c/o Robert Wisniewski, Es    225 Broadway−    Suite 1020    New York, NY 10007 |
| 8607920 | Henryk Stoklosa | c/o Robert Wisniewski, Es    225 Broadway−    Suite 1020    New York, NY 10007 |
| 10007502 | JPMorgan Chase Bank, National Association | c/o McCalla Raymer Leibert Pierce, LLC    Bankruptcy Department    420 Lexington Avenue, Suite 840    New York, NY 10170 |
| 8607921 | Jan Swaltek | c/o Robert Wisniewski, Es    225 Broadway−    Suite 1020    New York, NY 10007 |
| 10213002 | Jan Swaltek c/o Robert Wisniewski P.C. | 17 State Street    Suite 820    New York, NY 10004 |
| 9202074 | Jennifer Capala | Michael D. Assaf, Esq.    Assaf & Siegal PLLC    16 Corporate Woods Blvd.    Albany, NY 12211 |
| 8607922 | Miroslaw Filipkowski | c/o Robert Wisniewski, Es    225 Broadway−    Suite 1020    New York, NY 10007 |
| 10213003 | Miroslaw Filipkowski c/o Robert Wisniewski P.C. | 17 State Street    Suite 820    New York, NY 10004 |
| 8607923 | Miroslaw Gortat | c/o Robert Wisniewski, Es    225 Broadway−    Suite 1020    New York, NY 10007 |
| 8658230 | Miroslaw Gortat et. al. | c/o Robert Wisniewski, Esq.    225 Broadway, Suite 1020    New York, NY 10007    Tel: 212−267−2101 |
| 8812832 | PYOD, LLC its successors and assigns as assignee | of Citibank, N.A.    Resurgent Capital Services    PO Box 19008    Greenville, SC 29602 |
| 8855038 | Philip Orner, C.P.A. & Attorney at Law | 72−29 137th Street    Flushing, NY 11367 |
| 10213636 | Robert Wisniewski | Robert Wisniewski P.C.    17 State Street, Suite 820    New York, NY 10004 |
| 8855228 | Robert Wisniewski Esq | 225 Brodaway Suite 1020    New York NY 10007 |
| 8623645 | Robert Wisniewski P.C. | Robert Wisniewski    225 Broadway, Suite 1020    New York, NY 10007    Tel:212−267−2101    Email:office@rwapc.com |
| 8607925 | Robert Wisniewski, Esq. | c/o Robert Wisniewski, Es    225 Broadway−    Suite 1020    New York, NY 10007 |
| 8693608 | Synchrony Bank | c/o Recovery Management Systems Corp.    25 S.E. 2nd Avenue, Suite 1120    Miami, FL 33131−1605 |
| 8669661 | The Law Offices of Avrum J. Rosen, PLLC | 38 New Street    Huntington, New York 11743 |

| | | | | |
|---|---|---|---|---|
| 8613269 | ZIMMET BIEBER LLP | Bruce W. Bieber, Esq. | 437 Madison Avenue, 40th Floor | New York, New York 10022 |
| 8607926 | Zimmet Bieber, LLP | 437 Madison Avenue | 40th Floor | New York, NY 10022 |

TOTAL: 34