UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                        :    Chapter 7
                                             :
PAWAL CAPALA,                                :    Case No. 15-42763 (NHL)
                                             :
                      Debtor.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND GRANTING APPLICATIONS FOR ALLOWANCE OF COMMISSIONS AND COMPENSATION

John S. Pereira (the "Trustee") having filed a final report on August 16, 2023 [**ECF No. 97**] (the "Final Report"); and the Trustee having filed a *Final Request for Commissions and Reimbursement of Expenses,* dated July 28, 2023, seeking final commissions in the amount of $73,770.72 and reimbursement of expenses in the amount of $44.60 [**ECF No. 96**] (the "Trustee Final Application"), and the *First and Final Application of Akerman, LLP as Counsel to the Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses,* dated July 28, 2023, seeking final fees in the amount of $958,941.90 and reimbursement of expenses in the amount of $17,514.75 (the "Akerman Final Application") [**ECF No. 95**]; and notice of the Final Report having been provided in accordance with Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) [**ECF No. 100**]; and a telephonic hearing on the Final Report, Trustee Final Application and Akerman Final Application having been held on September 14, 2023, at which appeared John S. Pereira, Esq. (Trustee), John Campo, Esq. (Counsel to Trustee) and Robert Wisniewski, Esq. (Counsel for Robert Wisniewski P.C. and Gortat Judgment Creditors); and no objections having been filed to the Trustee's Final Report or to any of the final fee applications; now, therefore, after due deliberation thereon and sufficient cause having been shown therefor, it is hereby

**ORDERED,** that the Final Report is hereby APPROVED; and it is further

**ORDERED**, that the Trustee Final Application and Akerman Final Application are granted, as set forth in Schedules A and B attached hereto, which are incorporated herein by reference; and the Trustee is authorized to pay such amounts; and it is further

**ORDERED,** that the Trustee is hereby authorized to make the final distribution to the holders of administrative and general unsecured claims as listed in the Final Report; and it is further

**ORDERED**, that upon the closing of this case, the Trustee shall be discharged from his duties;

**ORDERED,** that the Trustee is authorized to perform such acts, pay such awards and execute such documents as are necessary to implement the terms and conditions of this Order.



Dated: September 18, 2023
Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge