**CASE NO.: 15-42763 (NHL)**  
**CASE NAME: PAWEL CAPALA**

**CURRENT FEE PERIOD**

**(09/22/15 through 07/17/23)** [1]

Schedule A

| (1) APPLICANT | (2) DATE/ DOC. NO. OF APPLICATION | (3) FEES REQUESTED ON APPLICATION | (4) FEES ALLOWED | (5) FEES TO BE PAID FOR CURRENT FEE PERIOD | (6) FEES TO BE PAID FOR PRIOR FEE PERIOD(S) | (7) TOTAL FEES TO BE PAID | (8) EXPENSES REQUESTED | (9) EXPENSES TO BE PAID FOR CURRENT FEE PERIOD |
|---|---|---|---|---|---|---|---|---|
| John S. Pereira, Chapter 7 Trustee<br><br>Fee Period: 09/22/15 – 07/17/23 | 07/28/23 (Doc #96) | $73,770.72 | $73,770.72 | $73,770.72 | N/A | $73,770.72 | $44.60 | $44.60 |
| Akerman LLP [Counsel for Chapter 7 Trustee]<br><br>Fee Period: 09/30/16 – 06/30/23 | 07/28/23 (Doc #95) | $958,941.90[2] | $958,941.90 | $958,941.90 | N/A | $958,941.90 | $17,514.75 | $17,514.75 |

---

[1] Current interim fee periods for the chapter 7 trustee's professionals fall within this fee period and are indicated above.

[2] Although Akerman LLP expended over $1,210,050 of fees at its customary hourly rate, Akerman LLP is only seeking fees in the amount of $958,941.90, which is approximately a pro rata percentage of approximately eighty percent (80%) of the fees incurred in this matter.

72639093;1

**CASE NOS.: 15-42763 (NHL)**  
**CASE NAME: PAWEL CAPALA**

**FINAL FEE APPLICATION TOTALS**

**(09/22/15 through 07/17/23)**

**Schedule B**

| (1)<br>APPLICANT | (2)<br>TOTAL FEES REQUESTED | (3)<br>TOTAL FEES PAID | (4)<br>TOTAL EXPENSES REQUESTED | (5)<br>TOTAL EXPENSES PAID |
|---|---|---|---|---|
| John S. Pereira, Chapter 7 Trustee | $73,770.72 | $73,770.72 | $44.60 | $44.60 |
| Akerman LLP<br>[Counsel for the Chapter 7 Trustee] | $958,941.90 | $958,941.90 | $17,514.75 | $17,514.75 |

72639093;1