# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: CAPALA, PAWEL | § | Case No. 1-15-42763-NHL |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN S. PEREIRA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $140,182.00<br>*(without deducting any secured claims)* | Assets Exempt: $146,825.00 |
| Total Distribution to Claimants: $622,317.57 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $1,061,706.55 | |

3) Total gross receipts of $ 1,684,024.12 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $1,684,024.12 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $173,897.70 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,312,814.65 | 1,061,706.55 | 1,061,706.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,735,801.45 | 1,274,938.48 | 622,317.57 | 622,317.57 |
| **TOTAL DISBURSEMENTS** | $2,909,699.15 | $2,587,753.13 | $1,684,024.12 | $1,684,024.12 |

4) This case was originally filed under Chapter 7 on June 12, 2015. The case was pending for 104 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2024    By: /s/JOHN S. PEREIRA
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| District Court Action #17-cv-03434 | 1149-000 | 1,165,000.00 |
| rent receipts | 1222-000 | 519,024.12 |
| **TOTAL GROSS RECEIPTS** | | $1,684,024.12 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BANK OF AMERICA | 4110-000 | 107,042.62 | N/A | N/A | 0.00 |
| NOTFILED | JPMORGAN CHASE | 4110-000 | 66,855.08 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $173,897.70 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN S. PEREIRA | 2100-000 | N/A | 73,770.72 | 73,770.72 | 73,770.72 |
| Trustee Expenses - JOHN S. PEREIRA | 2200-000 | N/A | 44.60 | 44.60 | 44.60 |
| Clerk of the Court Costs - CLERK OF THE COURT | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Akerman LLP | 3210-000 | N/A | 1,210,050.00 | 958,941.90 | 958,941.90 |
| Other - Akerman LLP | 3220-000 | N/A | 17,514.75 | 17,514.75 | 17,514.75 |
| Other - David Gresen | 3991-000 | N/A | 11,084.58 | 11,084.58 | 11,084.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,312,814.65 | $1,061,706.55 | $1,061,706.55 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Zimmet Bieber, LLP | 7100-000 | 14,000.00 | 14,912.10 | 4,970.70 | 4,970.70 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,023.08 | 231.76 | 231.76 | 231.76 |
| 3 | Philip Orner, C.P.A. & Attorney at Law | 7100-000 | 83,713.00 | 83,713.00 | 20,140.57 | 20,140.57 |
| 4 | Robert Wisniewski P.C. | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | Robert Wisniewski Esq | 7200-000 | 0.00 | 105,000.00 | 0.00 | 0.00 |
| 6 | Artur Lapinski | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 6 -2 | Artur Lapinski | 7200-000 | 293,212.41 | 18,704.16 | 8,253.12 | 8,253.12 |
| 7 | Artur Kosiorek | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 7 -2 | Artur Kosiorek | 7200-000 | 293,212.41 | 1,029.06 | 452.44 | 452.44 |
| 8 | Miroslaw Filipkowski | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 8 -2 | Miroslaw Filipkowski | 7200-000 | 293,212.41 | 91,547.89 | 40,405.08 | 40,405.08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | | Miroslaw Gortat | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 9 | -2 | Miroslaw Gortat | 7200-000 | 293,212.41 | 47,339.65 | 20,892.70 | 20,892.70 |
| 10 | | Henryk Bienkowski | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | -2 | Henryk Bienkowski | 7200-000 | 293,212.41 | 95,747.59 | 42,258.24 | 42,258.24 |
| 11 | | Jan Swaltek | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 11 | -2 | Jan Swaltek | 7200-000 | 293,212.41 | 37,533.26 | 16,563.71 | 16,563.71 |
| 12 | | Henryk Stoklosa | 7200-000 | 293,212.41 | N/A | N/A | 0.00 |
| 13 | | Class Common fund | 7200-000 | N/A | 49,173.01 | 21,703.25 | 21,703.25 |
| 14 | | Robert Wisniewski PC | 7100-000 | 582,578.50 | 730,007.00 | 446,446.00 | 446,446.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $2,735,801.45 | $1,274,938.48 | $622,317.57 | $622,317.57 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL

**Period Ending:** 02/06/24

**Trustee:** (521210) JOHN S. PEREIRA
**Filed (f) or Converted (c):** 06/12/15 (f)
**§341(a) Meeting Date:** 10/21/15
**Claims Bar Date:** 08/11/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property<br>Orig. Asset Memo: 152 Firehill Road, Spencertown, NY 12165; Imported from original petition Doc# 13 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking and savings maintained at Bank of Green<br>Imported from original petition Doc# 13 | 2,653.00 | 1,553.00 | | 0.00 | FA |
| 3 | Furniture, and other living necessities<br>Imported from original petition Doc# 13 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br>Imported from original petition Doc# 13 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Watch<br>Imported from original petition Doc# 13 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | IRA<br>Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 7 | Business Interest - Capala Brothers, Inc.<br>Orig. Asset Memo: non-operating, New York corporation; Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 8 | Business Interest-Crystal Clear Development LLC<br>Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 9 | Automobile - 2010 BMW 325 x1<br>Orig. Asset Memo: 150,000 miles; Imported from original petition Doc# 13 | 9,279.00 | 4,854.00 | | 0.00 | FA |
| 10 | District Court Action #17-cv-03434<br>Orig. Asset Memo: related to 07-cv-3629; (See Footnote) | Unknown | Unknown | | 1,165,000.00 | FA |
| 11 | rent receipts (u) | Unknown | N/A | | 519,024.12 | FA |
| **11** | **Assets Totals** (Excluding unknown values) | **$140,182.00** | **$6,407.00** | | **$1,684,024.12** | **$0.00** |

RE PROP# 10 Amounts to be recovered from turnover actions to be determined. Value given is for reporting purposes only.

**Major Activities Affecting Case Closing:**

9/25/15 Telecall from Attorney Wisniewski's office re: District Court status conference for matters related to this debtor and related debtor; review case file.
9/30/15 Review case schedules, etc. and complaint, letters, etc. relating to DC action; conf with J Campo re: actions to be taken

Exhibit 8

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL
**Period Ending:** 02/06/24

**Trustee:** (521210) JOHN S. PEREIRA
**Filed (f) or Converted (c):** 06/12/15 (f)
**§341(a) Meeting Date:** 10/21/15
**Claims Bar Date:** 08/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/14/15 Continue review of DC case and decisions re: Capala Bros. litigation
10/16/15 Meet with Campo and AMS to discuss strategy for fraudulent transfers; Conf with A Rosen, atty for D Kramer, trustee in related case.
11/2/15 Enter into Joint Prosecution Agreement
12/7/15 Troutman retained.
2/3/16 Continue finalizing JPA
5/16/16 Get claims bar date.
6/10/16 Stipulation extending time to October 17, 2016
6/10/16 Last day to file claims 8/11/16
6/17/16 Last Day to Oppose Debtor's Discharge per stip
8/25/16 Receive e notice from District Court re: adjourned hearing; update calendar.
10/7/16 Follow status conference.
11/14/16 Akerman retained as substitute counsel for trustee.
1/13/17 Review file and analysis of condition of property.
2/14/17 Conf with Campo re: mediation and status of case.
5/30/17 Review mediation rules and directions.
6/13/17 A/P filed in District Court; follow
9/14/17 Review file; review claims docket and docs re: firehouse property.
1/10/18 Review file; update; mediation continues
2/20/18 - DC - Court entered Consent Order directing defendants to turn over all proceeds from property (including rents) to be held in escrow
3/13/18 Mediation continued yesterday; no resolution.
5/10/18 Noticing depositions; DCt motion to amend complaint sub judice; B Ct motion to dismiss denied.
7/10/18 DC taking depositions; A/P pre-trial conference 10/10/18.
11/6/18 Pre-trial conference held; next hearing 1/30/19.
3/20/19 In A/P in DCt, SJ fully briefed and matter referred to Magistrate Gold.
6/12/19 Claim #12 withdrawn; motion to quash filed.
7/24/19 Affirmation in opposition filed. Hearing 7/31/19.
9/18/19 Awaiting decision from Magistrate Gold.
9/25/19 Discharge A/P -Pre-trail to be held
12/3/19 - Chase lift stay on Debtor's residence which is subject of fraudulent transfer action in District Court

Re USDC Case No. 17-cv-03434-ILG-CLP - Pereira v Pawel Capola District Court Action,
8/6/2020 - Magistrate Judge Steven M. Gold entered a Report and Recommendation recommending that the parties motion for summary judgment be denied.
9/4/2020 Defendants filed their obj to the Report and recommendation and Trustee filed his response.
5/17/22 - Trustee submitted letter to Judge Glasser requesting advise as to what was needed to resolve pending motions
8/2022 - Trustee has requested the Court to reschedule conference. Awaiting response.

Re A/P No. 18-01073 - Pereira vs Pawel Capola
7/29/20 - Court Scheduled the above matter for trial on this date but was later adjourned sine die.

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL
**Period Ending:** 02/06/24

**Trustee:** (521210) JOHN S. PEREIRA
**Filed (f) or Converted (c):** 06/12/15 (f)
**§341(a) Meeting Date:** 10/21/15
**Claims Bar Date:** 08/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

8/8/2022 - Court entered order setting deadline to file Joint Pre-trial Memorandum by Oct 5, 2022

6/27/23 - Settlement of $1.6 million to be approved before Court on 8/6/23 with final report to be filed within 30 days after receipt of funds after settlement. Anticipated 100% distribution to creditors.

9/14/23 - Final Hearing to be held

Counsel retained to assist trustee in investigating the debtor with regard to various holdings and transferred assets. Participating in a joint litigation agreement with attorney for creditor who brought actions in district court prior to bankruptcy. Since January, 2018, parties have been involved in mediation. Parties, including Mediator agree that impediment to settlement is Jennifer Capala and her new attorney. On February 20, 2018, the Court entered a Consent Order in the District Court Action [USDC No. 25], directing the Defendants to turn over all proceeds from the Property (including all rents) to be held in escrow. As of today, the Defendants have turned over any rents received. As of March, 2018, discovery in District Court is proceeding. As of October 1, 2018, all depositions have been taken in District Court, except for the experts. Our rebuttal expert prepared a report that rebuts the expert report submitted by Defendants. With regard to the discharge A/P, the Debtor filed his answer to the complain and a pre-trial conference has been scheduled.
Case settled. funds received. Final hearing scheduled for 9/14/23

**Initial Projected Date Of Final Report (TFR):** December 31, 2017 **Current Projected Date Of Final Report (TFR):** July 28, 2023 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL

**Taxpayer ID #:** **-***6632
**Period Ending:** 02/06/24

**Trustee:** JOHN S. PEREIRA (521210)
**Bank Name:** Mechanics Bank
**Account:** ******5766 - Disputed Funds Account
**Blanket Bond:** $36,707,056.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/18 | {11} | Fire Hill Holdings LLC / Greene Cty Svgs Bk | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 28,678.98 | | 28,678.98 |
| 06/06/18 | {11} | Fire Hill Holdings LLC / Greene Cty Svgs Bk | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 9,533.99 | | 38,212.97 |
| 07/24/18 | {11} | Fire Hill Holdings LLC / Greene Cty Svgs Bk | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,120.00 | | 46,332.97 |
| 08/08/18 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 12,972.00 | | 59,304.97 |
| 10/01/18 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 2,131.06 | | 61,436.03 |
| 10/17/18 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,051.00 | | 69,487.03 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 69,482.03 |
| 11/01/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.00 | 69,487.03 |
| 11/09/18 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,049.00 | | 77,536.03 |
| 12/11/18 | {11} | Fire Hill Holdings, LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,049.00 | | 85,585.03 |
| 01/22/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,177.06 | | 92,762.09 |
| 02/14/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,049.00 | | 100,811.09 |
| 03/25/19 | {11} | Fire Hill Holding | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 5,219.49 | | 106,030.58 |
| 04/16/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,551.00 | | 114,581.58 |
| 05/14/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,549.00 | | 123,130.58 |
| 07/01/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,549.00 | | 131,679.58 |
| 07/22/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,549.00 | | 140,228.58 |
| 08/26/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,549.00 | | 148,777.58 |
| 09/24/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,526.56 | | 156,304.14 |
| 10/28/19 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 164,811.14 |
| | | | | Subtotals : | $164,811.14 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL

**Taxpayer ID #:** **-***6632
**Period Ending:** 02/06/24

**Trustee:** JOHN S. PEREIRA (521210)
**Bank Name:** Mechanics Bank
**Account:** ******5766 - Disputed Funds Account
**Blanket Bond:** $36,707,056.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/25/19 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 173,318.14 |
| 12/24/19 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 181,825.14 |
| 01/24/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,774.52 | | 189,599.66 |
| 02/26/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 198,106.66 |
| 03/27/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,482.00 | | 206,588.66 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.12 | 206,428.54 |
| 04/10/20 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -160.12 | 206,588.66 |
| 04/29/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,503.13 | | 214,091.79 |
| 05/29/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 222,598.79 |
| 06/30/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 13,007.00 | | 235,605.79 |
| 07/29/20 | {11} | Fire Hill Holdings, LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,757.00 | | 246,362.79 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.62 | 246,340.17 |
| 08/27/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,796.85 | | 254,137.02 |
| 08/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.51 | 254,099.51 |
| 09/01/20 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -37.51 | 254,137.02 |
| 09/29/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,506.62 | | 261,643.64 |
| 10/28/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,507.00 | | 270,150.64 |
| 10/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 270,145.64 |
| 11/03/20 | | Rabobank, N.A. | Bank and Technology Service Fee Adjustment | 2600-000 | | -5.00 | 270,150.64 |
| 11/17/20 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,537.00 | | 278,687.64 |
| 12/30/20 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,559.00 | | 287,246.64 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 287,241.64 |
| | | | Subtotals : | | $122,458.12 | $27.62 | |

{} Asset reference(s)

Exhibit 9



# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL

**Taxpayer ID #:** **-***6632
**Period Ending:** 02/06/24

**Trustee:** JOHN S. PEREIRA (521210)
**Bank Name:** Mechanics Bank
**Account:** ******5766 - Disputed Funds Account
**Blanket Bond:** $36,707,056.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/21 | | Mechanics Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.00 | 287,246.64 |
| 01/27/21 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,752.74 | | 294,999.38 |
| 02/16/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 294,999.38 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **295,022.00** | **295,022.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 294,999.38 | |
| **Subtotal** | **295,022.00** | **22.62** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$295,022.00** | **$22.62** | |

Exhibit 9



# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL

**Taxpayer ID #:** **-***6632
**Period Ending:** 02/06/24

**Trustee:** JOHN S. PEREIRA (521210)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******4412 - Disputed Funds Account
**Blanket Bond:** $36,707,056.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 294,999.38 | | 294,999.38 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 157.60 | 294,841.78 |
| 03/02/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -157.60 | 294,999.38 |
| 03/10/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,497.00 | | 303,496.38 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 9.53 | 303,486.85 |
| 04/05/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -9.53 | 303,496.38 |
| 04/09/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 5,268.13 | | 308,764.51 |
| 04/21/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,494.00 | | 317,258.51 |
| 05/28/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,522.00 | | 325,780.51 |
| 07/07/21 | {11} | Fire Hill Holding LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 3,572.00 | | 329,352.51 |
| 08/10/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,313.21 | | 337,665.72 |
| 09/08/21 | {11} | fire hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 6,263.30 | | 343,929.02 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 530.50 | 343,398.52 |
| 10/20/21 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,303.67 | | 351,702.19 |
| 10/28/21 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 13,530.00 | | 365,232.19 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 536.74 | 364,695.45 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 623.47 | 364,071.98 |
| 12/09/21 | {11} | Fire Hill Holdings LLC | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,759.00 | | 374,830.98 |
| 12/27/21 | {11} | Fire hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 8,818.00 | | 383,648.98 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 617.49 | 383,031.49 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 593.43 | 382,438.06 |
| 02/01/22 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,870.52 | | 393,308.58 |
| 02/25/22 | {11} | fire Hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 16,440.00 | | 409,748.58 |
| | | | | Subtotals : | $412,650.21 | $2,901.63 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL

**Taxpayer ID #:** **-***6632
**Period Ending:** 02/06/24

**Trustee:** JOHN S. PEREIRA (521210)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******4412 - Disputed Funds Account
**Blanket Bond:** $36,707,056.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 587.54 | 409,161.04 |
| 03/30/22 | {11} | fire hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 7,897.15 | | 417,058.19 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 721.83 | 416,336.36 |
| 04/13/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -4,211.00 | 420,547.36 |
| 04/18/22 | {11} | Wire from Fire Hill Holdins | Turnover of rent receipts to be held in escrow per Court Order dtd 2/20/18 docket #25 | 1222-000 | 11,494.00 | | 432,041.36 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.75 | 432,034.61 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.79 | 432,016.82 |
| 06/02/22 | {11} | fire hill holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,520.05 | | 442,536.87 |
| 06/27/22 | {11} | fire hill holdinhgs | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 11,509.00 | | 454,045.87 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 37.80 | 454,008.07 |
| 07/28/22 | {11} | Fire Hill Holdings | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 11,109.00 | | 465,117.07 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 52.43 | 465,064.64 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 78.48 | 464,986.16 |
| 09/01/22 | {11} | Fire Hill Holdins | Turnover of rent receipts to be held in escrow per Court order dtd 2/20/18 Doc#25 | 1222-000 | 10,595.98 | | 475,582.14 |
| 09/06/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -193.25 | 475,775.39 |
| 09/30/22 | {11} | fire hill holdings llc | net monthly rent | 1222-000 | 10,142.11 | | 485,917.50 |
| 10/28/22 | {11} | Fire Hill Holdings LLC | net monthly rent | 1222-000 | 11,004.00 | | 496,921.50 |
| 11/21/22 | {11} | Fire Hill Holdings LLC | Net Monthly rent | 1222-000 | 11,028.00 | | 507,949.50 |
| 01/03/23 | {11} | Fire Hill holdings llc | net monthly rent | 1222-000 | 11,052.00 | | 519,001.50 |
| 06/29/23 | {10} | Legacy Trust and Investment Services | Distribution per Settlement Agreement | 1149-000 | 1,165,000.00 | | 1,684,001.50 |
| 07/27/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -22.62 | 1,684,024.12 |
| 09/20/23 | 10101 | Akerman LLP | Dividend paid 100.00% on $958,941.90, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 958,941.90 | 725,082.22 |
| 09/20/23 | 10102 | Akerman LLP | Dividend paid 100.00% on $17,514.75, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 17,514.75 | 707,567.47 |
| 09/20/23 | 10103 | JOHN S. PEREIRA | Dividend paid 100.00% on $73,770.72, | 2100-000 | | 73,770.72 | 633,796.75 |
| | | | Subtotals : | | $1,271,351.29 | $1,047,303.12 | |

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42763-NHL
**Case Name:** CAPALA, PAWEL

**Taxpayer ID #:** **-***6632
**Period Ending:** 02/06/24

**Trustee:** JOHN S. PEREIRA (521210)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******4412 - Disputed Funds Account
**Blanket Bond:** $36,707,056.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Trustee Compensation; Reference: | | | | |
| 09/20/23 | 10104 | JOHN S. PEREIRA | Dividend paid 100.00% on $44.60, Trustee Expenses; Reference: | 2200-000 | | 44.60 | 633,752.15 |
| 09/20/23 | 10105 | David Gresen | Dividend paid 100.00% on $11,084.58, Other Professional's Fees; Reference: | 3991-000 | | 11,084.58 | 622,667.57 |
| 09/20/23 | 10106 | CLERK OF THE COURT | Dividend paid 100.00% on $350.00, Clerk of the Court Costs; Reference: | 2700-000 | | 350.00 | 622,317.57 |
| 09/20/23 | 10107 | Zimmet Bieber, LLP | Dividend paid 100.00% on $4,970.70; Claim# 1; Filed: $14,912.10; Reference: | 7100-000 | | 4,970.70 | 617,346.87 |
| 09/20/23 | 10108 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $231.76; Claim# 2; Filed: $231.76; Reference: | 7100-000 | | 231.76 | 617,115.11 |
| 09/20/23 | 10109 | Philip Orner, C.P.A. & Attorney at Law | Dividend paid 100.00% on $20,140.57; Claim# 3; Filed: $83,713.00; Reference: | 7100-000 | | 20,140.57 | 596,974.54 |
| 09/20/23 | 10110 | Robert Wisniewski PC | Dividend paid 100.00% on $446,446.00; Claim# 14; Filed: $730,007.00; Reference: | 7100-000 | | 446,446.00 | 150,528.54 |
| 09/20/23 | 10111 | Artur Lapinski | Dividend paid 100.00% on $8,253.12; Claim# 6 -2; Filed: $18,704.16; Reference: | 7200-000 | | 8,253.12 | 142,275.42 |
| 09/20/23 | 10112 | Artur Kosiorek | Dividend paid 100.00% on $452.44; Claim# 7 -2; Filed: $1,029.06; Reference:<br>Stopped on 01/02/24 | 7200-000 | | 452.44 | 141,822.98 |
| 09/20/23 | 10113 | Miroslaw Filipkowski | Dividend paid 100.00% on $40,405.08; Claim# 8 -2; Filed: $91,547.89; Reference: | 7200-000 | | 40,405.08 | 101,417.90 |
| 09/20/23 | 10114 | Miroslaw Gortat | Dividend paid 100.00% on $20,892.70; Claim# 9 -2; Filed: $47,339.65; Reference: | 7200-000 | | 20,892.70 | 80,525.20 |
| 09/20/23 | 10115 | Henryk Bienkowski | Dividend paid 100.00% on $42,258.24; Claim# 10 -2; Filed: $95,747.59; Reference: | 7200-000 | | 42,258.24 | 38,266.96 |
| 09/20/23 | 10116 | Jan Swaltek | Dividend paid 100.00% on $16,563.71; Claim# 11 -2; Filed: $37,533.26; Reference: | 7200-000 | | 16,563.71 | 21,703.25 |
| 09/20/23 | 10117 | Class Common fund | Dividend paid 100.00% on $21,703.25; Claim# 13; Filed: $49,173.01; Reference: | 7200-000 | | 21,703.25 | 0.00 |
| 01/02/24 | 10112 | Artur Kosiorek | Dividend paid 100.00% on $452.44; Claim# 7 -2; Filed: $1,029.06; Reference:<br>Stopped: check issued on 09/20/23 | 7200-000 | | -452.44 | 452.44 |
| 01/23/24 | 10118 | Clerk, US Bankruptcy Court, Eastern District of NY | Unclaimed Funds | 7200-000 | | 452.44 | 0.00 |

Subtotals : $0.00 $633,796.75

Exhibit 9



# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 1-15-42763-NHL | **Trustee:** | JOHN S. PEREIRA (521210) |
| **Case Name:** | CAPALA, PAWEL | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account:** | ******4412 - Disputed Funds Account |
| **Taxpayer ID #:** | **-***6632 | **Blanket Bond:** | $36,707,056.00 (per case limit) |
| **Period Ending:** | 02/06/24 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **1,684,001.50** | **1,684,001.50** | **$0.00** |
| | | | Less: Bank Transfers | | 294,999.38 | 0.00 | |
| | | | **Subtotal** | | **1,389,002.12** | **1,684,001.50** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,389,002.12** | **$1,684,001.50** | |

| | |
|---|---|
| Net Receipts : | 1,684,024.12 |
| Net Estate : | $1,684,024.12 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******5766** | **295,022.00** | **22.62** | **0.00** |
| **Checking # ******4412** | **1,389,002.12** | **1,684,001.50** | **0.00** |
| | **$1,684,024.12** | **$1,684,024.12** | **$0.00** |